# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

7/1/2015 2:08:37 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known): **12** - 15 - 00148 - CV

Trial Court Style: Guy Grantham   vs   Racefab, Inc.

Trial Court & County: Cherokee County Court at Law     Trial Court No.: CV9131

Date Trial Clerk's Record Originally Due: July 4, 2015

Date Court Reporter's/Recorder's Record Originally Due: July 4, 2015

Anticipated Number of Pages of Record: 250

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☒    to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either ⌑ the required fee or to make arrangements to pay the fee for preparing the record.

☒    my duties listed below preclude working on this record: I am going on vacations from July 2, 2015 to July 17, 2015

☐    Other. (Explain.):

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by __August 2, 2015__, and I **hereby request an additional** ___30___ **days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

__July 1, 2015__
Date

Signature *Blanca Harris*

__903-683-2350__
Office Phone Number

Printed Name  Blanca Harris

__coclerkvitals@cocherokee.org__
E-mail Address (if available)

Official Title  Cherokee Deputy Clerk

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for APPELLANT(S):                    Lead Counsel for APPELLEE(S):

Name: Stephen E. McCleery                          Name:    Chris Day

Address: 5020 Montrose Blvd, 6th Floor             Address:  517 E. Commerce Street
                                                             Jacksonville, TX  75766
Houston, TX  77006

Phone no.: 713-622-3555                            Phone no.:  903-586-5100

Attorney for: Guy Grantham                         Attorney for:  Racefab, Inc.

Lead Counsel for APPELLANT(S):                    Lead Counsel for APPELLEE(S):

Name:_____                       Name:

Address:_____                       Address:

_____

Phone no.:_____                        Phone no.:

Attorney for:_____                        Attorney for:

Additional                    information,                    if                    any: